UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. LENTO, ESQ.,

                Plaintiff,

-against-

PETER SAYEGH, ESQ.,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/8/2025_
```

25 Civ. 3359 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated May 6, 2025, the Court directed the parties to file their joint letter and proposed case management plan by July 7, 2025. ECF No. 7. Those submissions are now overdue. In addition, Defendant has not appeared or responded to Plaintiff's complaint.

    Accordingly, by **July 28, 2025**, the parties shall file their joint letter and proposed case management plan. Plaintiff is reminded of ¶ II.B of this Court's Individual Practices in Civil Cases, which provides that "[i]f defense counsel has not appeared at least one week prior to the deadline for these submissions, plaintiff's counsel is directed to submit a letter requesting an adjournment and informing the Court of the status of defense counsel's appearance and whether plaintiff intends to seek a default judgment." *See also id.* ¶ I.C (providing that all requests for adjournment or extension of deadlines must be made, by letter filed on the docket, at least 48 hours prior to the deadline).

    SO ORDERED.

Dated: July 8, 2025
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge