<table>
<tr><td colspan="4">

*Attorney or Party without Attorney:*<br>
Paul Batista, Esq.<br>
Paul Batista, P.C.<br>
  *Telephone No:*<br>
  *Attorney For:*   Plaintiff

</td><td colspan="2">

***For Court Use Only***

</td></tr>
</table>

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Paul Batista, Esq.<br>Paul Batista, P.C.<br>  *Telephone No:*<br><br>  *Attorney For:*   Plaintiff       *Ref. No. or File No.:*<br>     2537879 | ***For Court Use Only*** |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Southern District of New York

*Plaintiff:*   Joseph D Lanto, Esq.
*Defendant:*   Peter Sayegh, Esq.

| **AFFIDAVIT OF DUE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:25-cv-03359 |
|---|---|---|---|---|

1. I, Michael Cryan 5491, Maricopa County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Peter Sayegh, Esq. as follows:

2. *Documents:* Summons in a Civil Action; Amended Complaint

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Jun 26, 2025, 3:20 pm MST at 15657 North Hayden Road #139, Scottsdale, AZ 85260
This is a Staples store. The employee did not know the name.

6. ***Person Who Served Papers:***
   a. Michael Cryan (5491, Maricopa County)
   **b. FIRST LEGAL**
     2920 N. GREEN VALLEY PARKWAY, SUITE 514
     HENDERSON, NV 89014
   c. (888) 599-5039

                                **d. *The Fee* for Service was:**

4.   *I declare under penalty of perjury that the foregoing is true and correct.*

|  06/27/2025 | |
|---|---|
| *(Date)* | *(Signature)* |



**AFFIDAVIT OF
DUE DILIGENCE**

13607892
(408723)