UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH D. LENTO, ESQ.,

                                        Plaintiff,

        -against-

PETER SAYEGH, ESQ.,

                                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/30/2025___

25 Civ. 3359 (AT)

**ORDER TO SHOW CAUSE**

ANALISA TORRES, District Judge:

By order dated May 6, 2025, the Court directed the parties to file a joint letter and proposed case management plan by July 7, 2025. ECF No. 7. On July 8, having received no submissions, the Court ordered the parties to file their joint letter and proposed case management plan by July 28. ECF No. 12. The Court reminded Plaintiff that, pursuant to the undersigned's Individual Practices in Civil Cases, if the parties are unable to file the required submissions because Defendant has not appeared, Plaintiff must file a letter requesting an adjournment and informing the Court of the status of Defendant's appearance and whether Plaintiff intends to seek a default judgment. *Id.* The Court has, once again, received no submissions.

Accordingly, by **August 13, 2025**, Plaintiff is ORDERED to show cause why this action should not be dismissed, with prejudice, under Federal Rule of Civil Procedure 41(b) for failure to prosecute this action and follow court orders.

        SO ORDERED.

Dated: July 30, 2025
        New York, New York

_____
        ANALISA TORRES
   United States District Judge