UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JOSEPH D. LENTO, ESQ.,                          :

                          Plaintiff,            :       Case No. 25
          - against -                           :       Civ. 3359 (AT)
                                                :
PETER SAYEGH, ESQ.,                             :
                                                :
                          Defendant.            :

-------------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff

Joseph D. Lento, Esq., hereby voluntarily dismisses this action, without prejudice, on the ground

that defendant Peter Sayegh, Esq. has not answered the original or Amended Complaint filed

May 5, 2025 or moved for summary judgment with respect to either the original or Amended

Complaint.


Dated: New York, New York
       August 11, 2025

                                    PAUL BATISTA, P.C.

                                    By: _____
                                        Paul Batista
                                        Attorney for Plaintiff Joseph D. Lento, Esq.
                                        26 Broadway, Suite 1900
                                        New York, New York 10004
                                        (T) 631 377 0111
                                        Batista007@aol.com


TO: CLERK OF THE COURT