UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JOSEPH D. LENTO, ESQ.,         :

                    :

             Plaintiff,       :    Case No. 25

     - against -            :    Civ. 3359 (AT)

                    :

PETER SAYEGH, ESQ.,       :

                    :

             Defendant.     :

-------------------------------------------------------------------x

## DECLARATION IN RESPONSE TO
## ORDER TO SHOW CAUSE

       PAUL BATISTA, an attorney admitted to practice in this Court in March 1975, declares under penalty of perjury as follows:

       1.     I represent plaintiff Joseph D. Lento, Esq., in this action. I submit this declaration in response to the Order To Show Cause ("OTSC") filed July 30, 2025. Except as otherwise specifically indicated, I have personal knowledge of the facts set forth in this declaration.

### Voluntary Dismissal

       2.     Because defendant Peter Sayegh, an Arizona attorney residing in Arizona, has, for reasons briefly described in the balance of this declaration, consistently evaded service of process, I have today filed a "Notice of Voluntary Dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i)." Annexed as Exhibit 1 is a copy of the filed Voluntary Dismissal. The effect of the Voluntary Dismissal, of course, is to dismiss this action *without prejudice.*

       3.     Extremely diligent efforts were made to effect service on Sayegh. As soon as this action was filed, I brought the litigation to Sayegh's attention by writing him on April 23, 2025, to advise him: "You have been sued in the above-entitled action in the United States District Court for the Southern District of New York. A copy of the Complaint . . . is enclosed." It was

addressed to Sayegh by email (peter@hrandbusinessassociates.com) on the basis of publicly available information on the Internet. Annexed as Exhibit 2 is a copy of Internet advertising postings by Sayegh and an entity with which he is affiliated, HR & Business Associates.

4. In order to comply with an order filed April 24, 2025 (*see* Doc. No. 4), I amended the complaint to delete one of the plaintiffs and one of the defendants. The Amended Complaint (*see* Doc. No. 5) clarified that the only parties to this litigation were individuals who were residents of different states. I mailed a copy of the Amended Complaint to Sayegh at the address identified in the publicly available material.

5. Likewise, on May 7, 2025, I mailed a copy of the Pre-Trial Scheduling Order (*see* Doc. No. 7) to Sayegh.

6. On June 24, 2025, the Clerk of the Court issued the Summons (*see* Doc. No. 11).

7. I then prepared and mailed to Sayegh the forms required for him to accept service of the Summons and Amended Complaint by mail.

8. As has consistently been the case from the outset, I have never received a response by mail, e-mail or otherwise to any communication I have sent to Sayegh.

9. In late June 2025, I directed a professional service company to effectuate personal service of the Summons and Amended Complaint on Sayegh.

10. The service company attempted personal service on Sayegh in Arizona. It issued an "Affidavit of Due Diligence" dated June 27, 2025 (*see* Doc. No. 13) (*see* annexed Exhibit 3) stating that an address associated with Sayegh was a "Staples store." *Id.*

11.   In still another attempt to accomplish service, I arranged for Fisheye Investigation in Arizona to locate Sayegh by conducting surveillance of him and to serve him if he was located.

12.   Fisheye Investigation in fact located the place where Sayegh resided and identified the car owned by him.  As the Fisheye investigative report annexed as Exhibit 4 reveals, Sayegh was evidently able to evade service.

13.   Finally, I wrote to Sayegh on or about July 8, 2025, to transmit the Order filed July 8, 2025 (*see* Doc. No. 12) regarding the filing of a joint letter containing a Case Management Plan.  Sayegh never responded to this Order or my letter, just as he has never responded to any communication or responded to any aspect of this litigation.

### Conclusion

14.   In light of Sayegh's utter lack of cooperation and his obvious evasiveness, I have, with my client's permission, filed the Voluntary Dismissal.  As provided by Fed. R. Civ. P. 41, this discontinuance is *without prejudice* and will enable Mr. Lento to re-file in a federal or state court in Arizona.

15.   For all the foregoing reasons, there is no sufficient basis to dismiss this action *with* prejudice.

Dated: New York, New York
      August 12, 2025

_____
PAUL BATISTA

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------x

JOSEPH D. LENTO, ESQ.,                      :

                         Plaintiff,      :    Case No. 25
    - against -                :    Civ. 3359 (AT)

                             :

PETER SAYEGH, ESQ.,            :

                             :

                  Defendant.    :

--------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff

Joseph D. Lento, Esq., hereby voluntarily dismisses this action, without prejudice, on the ground

that defendant Peter Sayegh, Esq. has not answered the original or Amended Complaint filed

May 5, 2025 or moved for summary judgment with respect to either the original or Amended

Complaint.

Dated: New York, New York
       August 11, 2025

                              PAUL BATISTA, P.C.

                              By: _____
                                Paul Batista
                                Attorney for Plaintiff Joseph D. Lento, Esq.
                                26 Broadway, Suite 1900
                                New York, New York 10004
                                (T) 631 377 0111
                                Batista007@aol.com

TO: CLERK OF THE COURT

# Exhibit 2





Peter Sayegh, Esq., PMP, SHRM-SCP

Managing Attorney/Founder

### Early Life and Education

Raised in Cleveland, Ohio, Peter's upbringing by Lebanese refugee parents instilled in him the core values of perseverance and hard work. Their sacrifices paved the way for Peter to be the first in his family to graduate both high school and college. In 2009, he graduated summa cum laude with a degree in finance from The Ohio State University.



Home   Services   Our Team   About
Contact   Blog

Schedule a Consultation

At HRBA, we specialize in providing expert legal counsel. Our mission is to deliver tailored legal solutions that protect your rights, safeguard your business, and fuel sustainable growth.

# EMPOWER YOUR LEGAL SUCCESS

Our comprehensive legal services are designed to protect your rights and drive lasting success.

Why HRBA

We provide personalized, cost-effective legal services with proactive, risk-reducing strategies and a hands-on, collaborative approach. Our commitment to excellence ensures the best outcomes for both businesses and individuals.

## Our Mission

To empower businesses and individuals with strategic legal support, fostering excellence and long-term success. We are dedicated to providing comprehensive legal services that protect rights, reduce risks, and deliver innovative solutions, ensuring our clients thrive in a dynamic legal and business landscape.

## Our Vision

To be a premier law firm, setting the standard for legal excellence in labor and employment, business law, divorce law, education law, and professional license defense. We aim to drive innovative, transformational outcomes that ensure the long-term success of our clients across diverse industries.

## SCHEDULE A CONSULTATION

Feel free to reach out with any inquiries or questions. We are committed to providing prompt, professional assistance while valuing your time. Consultations are $100, and if you choose to retain our services, this fee will be applied toward your representation. Please select your preferred method to submit your information for a smooth and efficient experience.



# Peter Sayegh

## Appointment Scheduling

🕐 30 min appointments

📞 Phone call

### Select an appointment time

(GMT-04:00) Eastern Time - New York

**August 2025** ‹ ›

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | 1 | 2 | 3 | 4 | 5 | 6 |

‹ T 12    WED 13 ›

6:45pm    3:00pm

7:30pm    3:45pm

4:30pm

5:15pm

6:00pm



HR & Business Associates provided exceptional legal counsel, helping us navigate complex challenges and achieve significant growth while protecting our employees' rights.

## STAY UPDATED

Stay ahead in the business and legal world - sign up for our newsletter to receive expert insights, industry updates, and exclusive consulting tips directly in your inbox!

| Email Address | Sign Up |

## SUPPORT                                                    CONTACT

Hello,

Please see attached bar complaint. If you have any questions or concerns, please don't hesitate to contact me.

Best,



**PETER SAYEGH, ESQ., SHRM-SCP, PMP**
*Attorney/Principal Consultant*
HR & Business Associates, LLC.

📞 (480) 382-4128

✉ contact@HRandBusinessAssociates.com

📍 15657 N. Hayden Rd., #1010, Scottsdale, AZ 85260

💻 www.HRandBusinessAssociates.com





This message may contain information that is privileged, confidential, and exempt from disclosure. It is intended for use only by the person(s) to whom it is addressed. If you have received this in error, you are hereby notified that any dissemination, distribution or copying of this message or its contents is strictly prohibited and your receipt does not constitute waiver of attorney/client privilege. Do not forward or use this information in any way, and please contact me immediately.

Circular 230 Disclosure: To ensure compliance with Treasury Department regulations, this message is to inform you that, unless specifically indicated otherwise, any tax advice contained in this message, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Please be CAREFUL when clicking links or opening attachments from external senders.



# Peter Sayegh, Esq., PMP, SHRM-SCP

## Managing Attorney/Founder

### Early Life and Education

Raised in Cleveland, Ohio, Peter's upbringing by Lebanese parents instilled in him the core values of perseverance an

Terms and Conditions                          contact@hrandbusinessassociates.com
Private Policy                                1+(480) 382-4128

© 2024 HR & Business Associates All rights reserved.

Terms and Conditions
Private Policy

contact@hrandbusinessassociates.com
1+(480) 382-4128

Exhibit 4

Exhibit 5

# Exhibit 3

| Attorney or Party without Attorney:<br>Paul Batista, Esq.<br>Paul Batista, P.C.<br>  Telephone No: | | For Court Use Only |
|---|---|---|
|   Attorney For:  Plaintiff | Ref. No. or File No.:<br>2537879 | |

| Insert name of Court, and Judicial District and Branch Court:<br>USDC-Southern District of New York |
|---|
| Plaintiff:  Joseph D Lanto, Esq.<br>Defendant:  Peter Sayegh, Esq. |

| AFFIDAVIT OF DUE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:25-cv-03359 |
|---|---|---|---|---|

1. I, Michael Cryan 5491, Maricopa County , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject Peter Sayegh, Esq. as follows:

2. *Documents:* Summons in a Civil Action; Amended Complaint

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Michael Cryan (5491, Maricopa County) on: Jun 26, 2025, 3:20 pm MST at 15657 North Hayden Road #139, Scottsdale, AZ 85260
This is a Staples store. The employee did not know the name.

6. **Person Who Served Papers:**
  a. Michael Cryan (5491, Maricopa County)               d. *The Fee* for Service was:
  b. FIRST LEGAL
    2920 N. GREEN VALLEY PARKWAY, SUITE 514
    HENDERSON, NV 89014
  c. (888) 599-5039

4. *I declare under penalty of perjury that the foregoing is true and correct.*

06/27/2025

*(Date)*                               *(Signature)*



                                       AFFIDAVIT OF                        13607892<br>                                       DUE DILIGENCE                      (408723)

# Exhibit 4



**FISHEYE INVESTIGATION**

**Investigative Report**

**Confidential Work Product**

This document is the confidential and proprietary work product of Fisheye Investigation Group. It is intended solely for the use of the authorized recipient. Unauthorized review, use, disclosure, or distribution is strictly prohibited.

Fisheye Investigation Group

112 N. Central Ave Ste 700F

Phoenix, AZ 85004

(602) 477-9572

**Subject:** Peter J Sayegh

**Scope of Investigation:** Surveillance to provide immediate intel to the process server on demand.





**Surveillance Report**
**Date:** 24 July 2025
**Subject:** Peter J. Sayegh
**Investigator:** Fisher

**Summary:**
On 24 July 2025, Investigator Fisher conducted surveillance on the subject, Peter J. Sayegh. Fisher arrived on site 17777 N SCOTTSDALE RD APT 2035, SCOTTSDALE, AZ 85255-6578 040 at approximately 0645 hours and began canvassing the area.

**Details:**

- The initial sweep included the front parking area of the apartment complex, followed by a thorough canvassing of two (2) additional parking areas located at the rear of the property.

- At approximately 0701 hours, Fisher gained access to the parking structure and conducted a complete sweep of the facility. During this sweep, Fisher located the registered vehicle belonging to Mr. Sayegh.

- At 0725 hours, Fisher exited the parking structure and positioned in a strategic location to observe any possible departure of the subject's vehicle. However, no vehicle movement was observed.

- The surveillance assignment was terminated at approximately 0930 hours.

**Next Steps:**
Investigator Fisher will continue surveillance efforts during evening hours.

**Investigative Report**
**Date:** August 7, 2025
**Investigator:** Fisher
**Subject:** Peter J. Sayegh
**Business Name:** HR AND BUSINESS ASSOCIATES

**Summary:**
On August 7, 2025, Investigator Fisher conducted a canvass related to the subject, Peter J. Sayegh, focusing on the law firm, Bar Association information, and the Google-listed address for HR AND BUSINESS ASSOCIATES.

**Details:**
Fisher arrived at the listed business address—5021 N 20th St #32573, Phoenix, AZ 85064-0400—at approximately 2004 hours. Upon canvassing the area, it was determined that the location is a United States Postal Service facility. The suite number (#32573) corresponds to a PO Box and does not represent a physical business location.

There were no indications that a business was operating on-site, and no signage or identifying information for HR AND BUSINESS ASSOCIATES was observed.

**Conclusion:**
The address listed for HR AND BUSINESS ASSOCIATES is a PO Box located inside a USPS facility, not a physical office or business location.

---

**Photos:**



5













**Attempted Serve**

Andrew Bates shared a service notification with you:

**Details**

**Process Server:** Zachary Mueller MC-8735

**Date & Time:** Jul 10, 2025, 3:15 pm MST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

This location is a secure complex in an upscale area. The leasing office granted me access but there was no answer and no activity observed at the unit. The leasing office could not disclose the current tenant information.

**Service Address**

17777 NORTH SCOTTSDALE ROAD 2035, SCOTTSDALE, AZ 85255

**GPS Data**

**Mobile Device:** Serve Manager Mobile/1.10.4 (128) (moto g power (2022)/moto g power (2022); Android/12)

**GPS Coordinates:** 33.6500905, -111.9231655

**GPS Timestamp:** 1752185698776

---

**Job & Case**

**Job:** 13671202

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Peter Sayegh, ESQ.

**Case:** 1 :25-cv-03359-AT

**Plaintiff:** Joseph D Lento, ESQ.

**Defendant:** Peter Sayegh, ESQ.

**Court:** United States District Court for the Southern District of New York

**County:**

**Documents:** SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED, AMENDED
COMPLAINT

---

**Attempt Uploads**

- [Mobile Attempt Photo 1 (2.69 MB)](#)



**Attempted Serve**

Andrew Bates shared a service notification with you:

**Details**

**Process Server:** Zachary Mueller MC-8735

**Date & Time:** Jul 12, 2025, 11:46 am MST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

I was granted access by the office once more. There was no answer at the door and no activity inside of the unit. I was unable to make contact with a neighbor

**Service Address**

17777 NORTH SCOTTSDALE ROAD 2035, SCOTTSDALE, AZ 85255

**GPS Data**

**Mobile Device:** Serve Manager Mobile/1.10.5 (135) (moto g power (2022)/moto g power (2022); Android/12)

**GPS Coordinates:** 33.6502021, -111.9232915

**GPS Timestamp:** 1752345989080

---

**Job & Case**

**Job:** 13671202

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Peter Sayegh, ESQ.

**Case:** 1 :25-cv-03359-AT

**Plaintiff:** Joseph D Lento, ESQ.

**Defendant:** Peter Sayegh, ESQ.

**Court:** United States District Court for the Southern District of New York

**County:**

**Documents:** SUMMONS IN A CIVIL ACTION , JURY TRIAL DEMANDED, AMENDED
COMPLAINT

---

## Attempt Uploads

- Mobile Attempt Photo 1

## Attempted Serve

Andrew Bates shared a service notification with you:

**Details**

**Process Server:** Zachary Mueller MC-8735

**Date & Time:** Jul 14, 2025, 7:10 pm MST

**Service Type:** Non-Service

**Description of Service:**

This building is a secure apartment complex. I was unable to gain access. All entry points
require a key fob or code. I could not locate a call box, and no one came or went to grant
me access.

**Service Address**

17777 NORTH SCOTTSDALE ROAD 2035, SCOTTSDALE, AZ 85255

**GPS Data**

**Mobile Device:** ServeManagerMobile/1.10.5 (135) (moto g power (2022)/moto g power
(2022); Android/12)

**GPS Coordinates:** 33.6507654, -111.9239067

**GPS Timestamp:** 1752545434978

**Job & Case**

**Job:** 13671202

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Peter Sayegh, ESQ.

**Case:** 1 :25-cv-03359-AT

**Plaintiff:** Joseph D Lento, ESQ.

**Defendant:** Peter Sayegh, ESQ.

**Court:** United States District Court for the Southern District of New York

**County:**

**Documents:** SUMMONS IN A CIVIL ACTION, JURY TRIAL DEMANDED, AMENDED COMPLAINT

---

**Attempt Uploads**

- Mobile Attempt Photo 1 (2.07 MB)



**Attempted Serve**

Andrew Bates shared a service notification with you:

**Details**

**Process Server:** Andrew Bates MC-8557

**Date & Time:** Jul 15, 2025, 11:43 am MST

**Service Type:** Unsuccessful Attempt

**Description of Service:**

No answer at door. Movement present inside, visible through door viewer. Occupants refuse to engage.

**Service Address**

17777 NORTH SCOTTSDALE ROAD 2035, SCOTTSDALE, AZ 85255

**GPS Data**

**Mobile Device:** ServeManagerMobile/1.10.5 (135) (iPhone 16 Pro/iPhone; iOS/18.6)

**GPS Coordinates:** 33.65002644, -111.92330663

**GPS Timestamp:** 1752605004737.5232

---

**Job & Case**

**Job:** 13671202

**Priority: Routine**

**Job Type:** Standard

**Recipient:** Peter Sayegh, ESQ.

**Case:** 1 :25-cv-03359-AT

**Plaintiff:** Joseph D Lento, ESQ.

**Defendant:** Peter Sayegh, ESQ.

**Court:** United States District Court for the Southern District of New York

**County:**

**Documents:** SUMMONS IN A CIVIL ACTION , JURY TRIAL DEMANDED, AMENDED COMPLAINT

---

**Attempt Uploads**

- Mobile Attempt Photo 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

JOSEPH D. LENTO, ESQ.,                            :
                                                  :
                              Plaintiff,          :     Case No. 25
            - against -                           :     Civ. 3359 (AT)
                                                  :
PETER SAYEGH, ESQ.,                               :
                                                  :
                              Defendant.          :
----------------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff

Joseph D. Lento, Esq., hereby voluntarily dismisses this action, without prejudice, on the ground

that defendant Peter Sayegh, Esq. has not answered the original or Amended Complaint filed

May 5, 2025 or moved for summary judgment with respect to either the original or Amended

Complaint.

Dated: New York, New York
       August 11, 2025

                                    PAUL BATISTA, P.C.

                                    By: _____
                                        Paul Batista
                                        Attorney for Plaintiff Joseph D. Lento, Esq.
                                        26 Broadway, Suite 1900
                                        New York, New York 10004
                                        (T) 631 377 0111
                                        Batista007@aol.com

TO:  CLERK OF THE COURT